UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANITA PETTENGILL, | : | 3:13cv154 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FIREMAN'S FUND INSURANCE COMPANY, FIREMAN FUND COMPANIES, and TOG INSURANCE BROKERAGE GROUP, | : | |
| Defendants. | : | |

## RULING ON PLAINTIFF'S MOTION TO REMAND

This is a tort action stemming from breach of contract and tortious handling of a fire loss claim.

The defendant Tog Insurance Brokerage Group removed the case from the Connecticut Superior Court to the United States District Court on the basis of diversity jurisdiction. Pending before this Court is a motion by the plaintiff to remand to the Connecticut Superior Court, asserting that defendant Fireman Fund Insurance Company has been subject to jurisdiction in Connecticut in prior state court actions. For the reasons set forth below, the plaintiff's motion will be denied.

## DISCUSSION

Pursuant to 28 U.S.C. § 1446(b), a case originally filed in state court can only be removed within thirty days after receipt of a pleading, motion, order or other paper from which it "may first be ascertained that the case is one which is or has become removable."

On a motion to remand, the court construes all factual allegations in favor of the

1

party seeking the remand. Metro. Prop. & Cas. Ins. Co. v. J.C. Penney Casualty Ins. Co., 780 F. Supp. 885, 887 (D. Conn. 1991).  Moreover, it is well settled that defendant, as the party removing the action to federal court, has the burden of establishing federal jurisdiction.  Wilson v. Republic Iron & Steel Co., 257 U.S. 92, 97 (1921).

The motion for remand will be denied.  The Court finds no procedural defect.  The parties are diverse as plaintiff is a Connecticut resident, defendant Fireman Fund Insurance Company is a California corporation and defendant Tog Insurance Brokerage Group is a New York corporation.  There is no dispute that the amount in controversy exceed $75,000.

## **CONCLUSION**

For the reasons set forth above, the plaintiff's motion to remand to Connecticut Superior Court (Doc. #15) is DENIED.

Dated this __13th__ day of May, 2013 at Bridgeport, Connecticut.

_____/s/_____
WARREN W. EGINTON
SENIOR U.S. DISTRICT JUDGE